# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**BILLIE JEAN MAESTAS,**
        **Plaintiff,**

        **vs.**                                          **CIV NO.   2:16-00213 SMV**

**CAROLYN W. COLVIN, Acting**
**Commissioner of the Social Security**
**Administration,**
                **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time

(Doc. 17) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing

with Supporting Memorandum (Doc. 16), the Court having reviewed the motion and being

otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until October 21, 2016, to file a

response, and Plaintiff shall have until November 4, 2016, to file a reply.

SIGNED ___September 20__, 2016.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 9/20/16*
DOUGLAS A. FLETCHER
Special Assistant United States Attorney

*Electronically approved 9/16/16*
FRANCESCA MACDOWELL
Attorney for Plaintiff